IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA, | )<br>) |
|     Plaintiff, | )    8:05cr63<br>) |
| v. | )<br>) |
| MARIO RAMIREZ-BELTRAN, | )    ORDER<br>) |
|     Defendant. | )<br>) |

The Clerk's Office has requested that Document Number 30 be stricken from the record for the following reason:

- A Notice of Electronic Filing was not produced by the system.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 30 from the record. The Order shall be refiled.

DATED this 8th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge